IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAD ALAN BEVAN,

    Plaintiff,

   v.                                     Case No.  19-cv-615-wmc

SARAH RUSTAD,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | December 16, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |